UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD G. PADILLA, | Case No. CV 15-2693-MWF (KES) |
| Petitioner, | |
| vs. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| T. HASLEY et al., | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint ("SAC"), the other records on file herein, and the Amended Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Amended Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the following claims in the SAC are dismissed with prejudice: (1) Plaintiff's retaliation claim against Lieutenant Mijarez, Counsel Guzman, and Warden Soto; and (2) Plaintiff's due process claim against Chief Briggs.

DATED: April 27, 2016

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE