UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD G. PADILLA,<br>    Plaintiff,<br>v.<br>T. HASLEY, et al.,<br>    Defendants. | Case No. CV-15-02693-MWF (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 76). No objections to the Report and Recommendation were filed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Defendants' Motion for Summary Judgment (Dkt. 58) is DENIED, and (2) summary judgment is GRANTED for Plaintiff on the affirmative defense of lack of administrative exhaustion of his Free Exercise and Retaliation Claims.

DATED: May 9, 2017

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE